UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-04903 AFM**                                         Date:  **October 12, 2018**

Title  **Chris Langer v. Barry Baker, et al.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

　　　Defendant has filed a Notice of Settlement; Request for Dismissal or OSC Re: Dismissal (ECF No. 26) advising the Court that the parties have reached a settlement in this matter and that a Settlement Agreement and Release was executed on or about September 4, 2018.  A review of the docket reflects that a joint stipulation for dismissal has not been filed.

　　　Accordingly, the Court orders plaintiff to show cause in writing on or before October 26, 2018 why this case should not be dismissed with prejudice.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
**Initials of Preparer**　　ib