UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 17-04903 AFM**                                    Date:  **October 23, 2018**

Title     **Chris Langer v. Barry Baker, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|              Ilene Bernal               |              N/A              |
|:---------------------------------------:|:-----------------------------:|
|              Deputy Clerk               |     Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
N/A                                       N/A

**Proceedings (In Chambers):  Order Dismissing Action**

As requested by the Joint Stipulation for Dismissal (ECF No. 28), this case is dismissed with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All pending hearings and motions are taken off calendar and vacated.

**IT IS SO ORDERED.**

                                                                                  :
                                                        **Initials of Preparer**    ib